United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 10, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-41552
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

   v.

CARLOS MANUEL GONZALEZ

      Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Laredo
----------------------

Before KING, HIGGINBOTHAM and GARZA, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that appellant's unopposed motion to summarily affirm the judgment in part is GRANTED; Appellant's conviction is AFFIRMED;

IT IS FURTHER ORDERED that appellant's unopposed motion to vacate the judgment in part is GRANTED; Appellant's sentence is vacated.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that appellant's unopposed motion to

remand for resentencing in light of Lopez v. Gonzales is GRANTED.